USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08 DS

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

February 1, 2008



By Hand

Hon. Ronald L. Ellis
United States District Judge
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

    Re:    <u>Gregory Miele v. Astrue</u>
           07 Civ. 3376(RLE)

      This Office represents the Commissioner of Social Security, the defendant in this action. We write respectfully, with the consent of plaintiff's counsel, to request an extension of the Court's briefing schedule.

      Pursuant to this Court's order, plaintiff has filed his motion for judgment on the pleadings, and defendant's cross-motion for judgment on the pleadings is due by February 1, 2008, plaintiff's reply, if any, is due by February 15, 2008, and defendant's reply, if any, is due by February 29, 2008. While drafting the government's brief, we encountered an issue that required this Office to seek further information from the agency. We have asked the Social Security Administration to provide us with an answer to our concerns, which could result in change of the defendant's litigation position in this action. In view of the foregoing, I respectfully request that the Court approve the following schedule:

    1)    Defendant shall serve a cross-motion for judgment on the pleadings by March 4, 2008.

    2)    Plaintiff shall serve a reply, if any, by March 18, 2008;

    3)    Defendant shall serve a reply, if any, by April 1, 2008.

      One previous request for an adjournment of the briefing

schedule was granted by the Court.

      We apologize for the delay in making this request and thank the Court for its consideration of this matter.

      Respectfully,

      MICHAEL J. GARCIA
      United States Attorney

By: /s/ John E. Gura, Jr.
      JOHN E. GURA, JR.
      Assistant United States Attorney
      Telephone: (212) 637-2712
      Fax: (212) 637-2750

cc: Carol Goldstein, Esq.
    (By Fax)

*Revised schedule Approved*

**SO ORDERED**
/s/ Ronald L. Ellis  2-5-08
MAGISTRATE JUDGE RONALD L. ELLIS

2