

**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212)637-2712
Fax. (212) 637-2750



RECEIVED
MAR 2 6 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
GREGORY S. MIELE,                :
                                 :
                Plaintiff,       :
                                 :
        - v. -                   :   STIPULATION AND ORDER
                                 :        OF REMAND
MICHAEL J. ASTRUE,               :   07 Civ. 3376 (RLE)
Commissioner of                  :
Social Security,                 :
                                 :
                Defendant.       :
- - - - - - - - - - - - - - - - -x

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-28-08

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       March 19, 2008

_____
CAROL S. GOLDSTEIN, ESQ.
Attorney for Plaintiff
P.O. Box 525
Monroe, New York 10950
Telephone No. (845)783-1178

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No.: (212) 637-2712
John.Gura@usdoj.gov

SO ORDERED:

_____ 3-28-08
United States ~~District~~ Judge
    Magistrate