Ellis, MJ

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.,
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2712
Fax: (212) 637-2750

RECEIVED
JUN 18 2008
CHAMBERS OF
RONALD L. ELLIS
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
GREGORY S. MIELE,             :
                              :
              Plaintiff.      :   STIPULATION AND ORDER
                              :   07 Civ. 3376 (RLE)
       - v -                  :
                              :
MICHAEL J. ASTRUE             :
Commissioner of               :
Social Security,              :
                              :
              Defendant.      :
- - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties, that defendant shall pay Carol S. Goldstein, Esq., the sum of three thousand three hundred seventy dollars and ten cents ($3,370.10) in attorney's fees, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in full

satisfaction of any and all claims for attorney's fees and costs in connection with this action.

Dated: New York, New York
       June 4, 2008

                              CAROL S. GOLDSTEIN, ESQ.
                              P.O. BOX 525
                              Monroe, New York 10950
                              Telephone No. (845) 783-1178

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                      By: _____
                              JOHN R. GURA, JR.
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Telephone No. (212) 637-2712
                              John.Gura@usdoj.gov

SO ORDERED:

_____ 6-23-08
United States ~~District~~ Judge
          Magistrate